UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Zack Herdt, | ) | C/A: 4:17-392-RBH-TER |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| Horry County Council, | ) | |
| Harold Worley, | ) | |
| Mark Lazarus, | ) | |
| Bill Howard, | ) | |
| Jimmy Washington, | ) | |
| Gary Loftus, | ) | |
| Tyler Servant, | ) | |
| Cam Crawford, | ) | |
| Harold Phillips, | ) | |
| Johnny Vaught, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This is an action filed by a *pro se* non-prisoner litigant, proceeding *in forma pauperis*. Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

On February 12, 2018, this court granted leave to file an amended complaint. (ECF No. 75). On March 5, 2018, Plaintiff filed an amended complaint, which was not in proper form for service. (ECF No. 79). On March 7, 2018, the court ordered Plaintiff to bring the case into proper form. (ECF No. 81). On March 8, 2018, the amended complaint order was returned as undeliverable. (ECF No. 83). On March 19, 2018, the proper form order returned as undeliverable. (ECF No. 84). Plaintiff was previously ordered to keep his address current with the court. (ECF No. 12). Plaintiff's Amended Complaint did not contain any address change. Plaintiff has failed to follow prior court orders.

Plaintiff has **five days** to: bring this case into proper form as previously ordered on March 7, 2018, notify the court of your current address, or notify the court your intention to continue to prosecute this case. Your failure to do so will result in a recommendation that your case should be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

s/Thomas E. Rogers, III
March 20, 2018
Florence, South Carolina

Thomas E. Rogers, III
United States Magistrate Judge